IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                          18-M-5261 (MJR)

TOMAS MARTINEZ-DEVEDIA,

            Defendant.

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that upon the Affidavit filed separately, under seal, of Timothy C. Lynch, Assistant United States Attorney, the undersigned hereby moves this Court for an extension of the Rule 48(b) dismissal set for March 11, 2019.

DATED: Buffalo, New York, March 7, 2019.

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney

BY:    s/TIMOTHY C. LYNCH
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York  14202
          716/843-5846
          Timothy.Lynch@usdoj.gov